UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENNIE D. WASHINGTON,<br><br>Defendant. | NO. CR08-180-RAJ<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on March 26, 2013. The United States was represented by Assistant United States Attorneys Hugo Torres and the defendant by Lynn Hartfield.

The defendant had been charged and convicted of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2). On or about October 29, 2008, defendant was sentenced by the Honorable Richard A. Jones, to a term of 59 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

program; financial disclosure; search, alcohol abstinence and no association with known gang members.

In a Petition for Warrant or Summons for Offender Under Supervision dated February 20, 2013, U.S. Probation Officer Jerrod Akins asserted the following violations by defendant of the conditions of his supervised release:

1. Consuming cocaine on or before January 2, 2013, in violation of standard condition No. 7.

2. Associating with Katie Peterson, a convicted felon, on January 4, 2013, in violation of standard condition No. 9.

3. Associating with Charlotte Hart, a convicted felon, on January 15, 2013, in violation of standard condition No. 9.

4. Failing to report contact with law enforcement, in violation of standard condition No. 11.

5. Consuming cocaine on or before February 5, 2013, in violation of standard condition No. 7.

In a Supplemental Violation Report, dated March 14, 2013 U.S. Probation Officer Jerrod Akins asserted the following violations by defendant of the conditions of his supervised release:

6. Consuming cocaine on or before February 26, 2013, in violation of standard condition No. 7.

7. Failing to report to the U.S. Probation Office as directed on March 6, 7, and 11, 2013, in violation of standard condition No. 2.

8. Failing to report a change in residence, in violation of standard condition No. 6.

The defendant was advised of his rights, acknowledged those rights, and admitted to violations 1, 2, 3, 5 and 6. Defendant denied alleged violations 4, 7 and 8, and requested that

an evidentiary hearing be set on the same day as a disposition hearing before the Honorable Richard A. Jones on these alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, 3, 5 and 6, and that the Court conduct an evidentiary/disposition hearing on alleged violations 4, 7 and 8. A disposition hearing on violations 1, 2, 3, 5 and 6, and an evidentiary/disposition hearing on alleged violations 4, 7 and 8, has been set for May 3, 2013 at 2:30 p.m. before the Honorable Richard A. Jones.

Pending a final determination by the Court, the defendant has been detained.

DATED this 26th day of March, 2013.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:           Honorable Richard A. Jones
      AUSA:                     Hugo Torres
      Defendant's attorney:     Lynn Hartfield
      Probation officer:        Jerrod Akins